```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO.  09-14086-CIV-MOORE
                              MAGISTRATE JUDGE P. A. WHITE

KENDRICK CLARKE,              :

     Petitioner,              :

v.                            :        REPORT OF
                                       MAGISTRATE JUDGE
WALTER A. MCNEIL,             :

     Respondent.              :
_____
```

The pro se petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254. The petition was unclear and the petitioner was ordered to amend. The petitioner complied and filed an amended petition, which was also unclear. An order to show cause was issued and the state has filed its response. (DE#10).

The respondent states that Clarke is not in custody pursuant to a final state court judgment in his case. Clarke is charged with sexual battery on a child under the age of twelve and child abuse in Highlands County case no. CF07-01090A. The case docket reflects a pre-trial conference has been scheduled for April 22, 2009.

This is an ongoing criminal case in state court, and the petitioner must direct his complaints to his attorney. Absent some exceptional circumstances meriting equitable relief, a federal court should refrain from interfering with a pending state criminal proceeding. <u>Younger v Harris</u>, 401 U.S. 37 (1971).

It is therefore recommended that this petition be dismissed.

Objections to this report may be filed with the District Judge

within ten days of receipt of a copy of the report.

      Dated this 8th  day of April, 2009.

                                                                                                                  UNITED STATES MAGISTRATE JUDGE

cc:    Kendrick Clarke, Pro Se
        Highlands County jail
        Address of Record

        Patricia McCarthy, Esq.
        Office of Attorney General
        Tampa, Florida
        Address of Record